IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

IN RE: GEORGE KNEBEL : Chapter: 13
KAREN ANN KNEBEL :
:
:
: CASE NO: 11-23093
:

**NOTICE OF ADDRESS CHANGE**

eCAST Settlement Corporation hereby changes its address for its claim number 26, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

3936 E FT. LOWELL RD, SUITE 200

TUCSON, AZ 85712

New Address for Notices and Payments:

eCAST Settlement Corporation

PO Box 28136

New York, NY 10087-8136

610-228-2570

proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

Gregory P Deegan, Claims Administrator

Becket & Lee LLP

PO Box 3001

Malvern, PA 19355-0701

DATE: 8/9/2016