# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George Knebel and Karen Ann Knebel<br>        <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 11-23093 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A. s/b/m BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8490

                                                Respectfully submitted,

                                                **/s/Thomas Puleo, Esquire**
                                                Thomas Puleo, Esquire
                                                Brian C. Nicholas, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406