United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George Knebel  
Karen Ann Knebel  
    Debtors

Case No. 11-23093-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 3     Date Rcvd: Feb 17, 2017  
                    Form ID: 138NEW     Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.

```
db/jdb         +George Knebel,    Karen Ann Knebel,    1268 Route 100,    Barto, PA 19504-8722
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Stern & Eisenberg, Dell Financial Services, Inc.,,    Stern & Eisenberg, PC,
                 261 Old York Road, Suite 410,    Jenkintown, PA 19046-3722
12615593       +BAC Home Loans,    450 American Street SV416,    Simi Valley, CA 93065-6285
12645174      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12615594       +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
12623811       +Bank of America, N.A.,    c/o Ann E. Swartz, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12668793       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13839678       +Bank of America, NC,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12615595       +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
12993711       +Burke & Hess,    951 Rohrerstown Road,    Suite 102,    Lancaster, PA 17601-1974
12615596       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
12683146       +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
12615597       +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
12642333        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12615598       +Chase/ToysRUS,    PO Box 15298,    Wilmington, DE 19850-5298
12615599       +Citibank/Sears,    PO Box 6241,    Sioux Falls, SD 57117-6241
12615600       +Citizens Automobile Finance,    PO Box 7000,    Providence, RI 02940-7000
12615601       +Credit First NA/Firestone,    PO Box 81315,    Cleveland, OH 44181-0315
12702849       +Credit First National Association,    Po Box 818011,    Cleveland, OH 44181-8011
12739415      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
12615602       +Dell Computer/Web Bank,    PO Box 81577,    Austin, TX 78708-1577
12615608       +HSBC/Boscovs,    PO Box 4274,    Reading, PA 19606-0674
12666975        Main Street Acquisition Corp,    Becket and Lee LLP.,    Attorneys/Agent for Creditor,    POB 3001,
                 Malvern, PA 19355-0701
12615611       +Medical Data Systems, Inc,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
12615590       +Michael D. Hess,    Burke & Hess,    951 Rohrerstown Road,    Suite 102,
                 Lancaster, PA 17601-1974
12615612       +Midland Credit Management,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12939604      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13823621       +Nationstar Mortgage, LLC,    c/o Kevin S. Frankel, Esq.,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
12615613       +Sears/Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
12615614       +Security Credit Services LLC,    2623 W. Oxford Loop,    Oxford, MS 38655-5442
12615615       +Target Corp,    PO Box 673,    Minneapolis, MN 55440-0673
12615616       +Target National Bank,    P O Box 673,    Minneapolis, MN 55440-0673
12615617        Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228
12618657       +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
12615618        Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
13028993        eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: robertsl2@dnb.com Feb 18 2017 02:36:26     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:35:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:26     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:35
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:22     Oak Harbor Capital LLC,
                 c/o Weinstein And Riley, PS,    2001 Western Avenue,    Ste 400,    Seattle, WA 98121-3132
```

```
District/off: 0313-4          User: Angela              Page 2 of 3              Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:26
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr              +E-mail/Text: bnc@bass-associates.com Feb 18 2017 02:34:58      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12748555        +E-mail/Text: bnc@atlasacq.com Feb 18 2017 02:35:06      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
12636456        +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:23      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12831876         E-mail/Text: lawrencer@w-legal.com Feb 18 2017 02:35:28      Candica, LLC,
                 c/o Lawrence G. Reinhold, Esq.,    525 Rocky Hollow Drive,    Akron, OH 44313-5945
12771431        +E-mail/Text: bnc@bass-associates.com Feb 18 2017 02:34:58      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12638875        +E-mail/Text: bankruptcy@cavps.com Feb 18 2017 02:36:33      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
12703094         E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:34      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12656934         E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:28:51      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12615603        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:26      GE Capital/Walmart,
                 PO Box 981400,    El Paso, TX 79998-1400
12615604        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:28:51      GE Capital/Walmart,
                 PO Box 981471,    El Paso, TX 79998-1471
12615606        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:28:51      GE Money Bank/Lowes,
                 PO Box 965005,    Orlando, FL 32896-5005
12615605        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:26      GE Money Bank/Lowes,
                 PO Box 981064,    El Paso, TX 79998-1064
12615607        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:28:51      GEMB/PayPal,   PO Box 965005,
                 Orlando, FL 32896-5005
12714679         E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:34      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12675111        +E-mail/Text: bnc@bass-associates.com Feb 18 2017 02:34:59      HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12748051         E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 18 2017 02:36:30      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
12615609        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 18 2017 02:35:09      Kohls/Chase,   PO Box 3115,
                 Milwaukee, WI 53201-3115
12615610        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2017 02:28:55      LVNV Funding, LLC,
                 P O Box 10497,    Greenville, SC 29603-0497
12626082        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 18 2017 02:36:09      Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12934015         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:01      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
12697161        +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:26      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13209607         E-mail/Text: lawrencer@w-legal.com Feb 18 2017 02:35:28      Oak Harbor Capital IV, LLC,
                 c/o Lawrence G. Reinhold, Esq.,    525 Rocky Hollow Drive,    Akron, OH 44313-5945
12718818         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:43:59
                 Portfolio Recovery Associates, LLC,     POB 41067,    NORFOLK, VA 23541
12656798         E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:34      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12742449         E-mail/Text: appebnmailbox@sprint.com Feb 18 2017 02:36:08      Sprint Nextel  Correspondence,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
12652253        +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:22      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                                 TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*             +Candica, LLC,   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE,    SUITE 400,
                 SEATTLE, WA 98121-3132
cr*              ECast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
cr*             +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*              Main Street Acquisition Corp,    Becket and Lee LLP.,    Attorneys/Agent for Creditor,    POB 3001,
                 MALVERN, PA  19355-0701
cr*             +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                 Lewisville, TX  75067)
cr*            ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC.,    POB 41067,
                 Norfolk, VA  23541)
12748727*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
```

```
District/off: 0313-4          User: Angela              Page 3 of 3               Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 73

             ***** BYPASSED RECIPIENTS (continued) *****
12615592*      +George Knebel,    1268 Route 100,    Barto, PA 19504-8722
12615591*      +Karen Ann Knebel,    1268 Route 100,    Barto, PA 19504-8722
12934016*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX   77210-4457
12935221*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX   77210-4457
13499561*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
                                                                                TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CARLA A. K. JAROSZ    on behalf of Creditor    Oak Harbor Capital LLC CarlaJ@w-legal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
              LAWRENCE GARY REINHOLD    on behalf of Creditor    Candica, LLC lreinhold1@neo.rr.com,
               lawrencer@w-legal.com;teresap@w-legal.com
              LESLIE J. RASE    on behalf of Creditor Stern & Eisenberg, Dell Financial Services, Inc., by its
               attorney in fact Resurgent Capital Services pabk@logs.com,    lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL D. HESS    on behalf of Joint Debtor Karen Ann Knebel amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor George  Knebel amburke7@yahoo.com
              NATALIE M. MCGHEE    on behalf of Creditor    Main Street Acquisition Corp nmcghee@becket-lee.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: George Knebel and Karen Ann Knebel
    Debtor(s)

Bankruptcy No: 11−23093−ref
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 400 Washington Street
> Suite 300
> Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 2/17/17

256 − 255
Form 138_new